JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE SPACKMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY; VOYA FINANCIAL ADVISORS, INC.; AND DOES 1 TO 10, INCLUSIVE,<br><br>  Defendant. | Case No. 2:19-cv-00627-JFW-MRWx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. John F. Walter<br><br>Complaint Filed: January 28, 2019 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-00627-JFW-MRWx, is dismissed in its entirety as to all defendants, with prejudice. All dates set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

Dated: September 26, 2019

_____
Honorable John F. Walter
United States District Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

171218.1

1

Case No. 2:19-cv-00627-JFW-MRWx
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE